**95–2040.** Mason v. Rischar. *Warren County,* No. CA94–08–072. Discretionary appeal allowed on Proposition of Law No. I. only; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *infra;* briefing schedule stayed.

**95–2059.** Romp v. Haig. *Hamilton County,* No. C–940268.
PFEIFER, J., dissents.

**95–2093.** Mayfield Hts. v. Snappy Car Rental. *Cuyahoga County,* Nos. 68097 and 68098. (Appeal by Snappy Car Rental, Inc.; second appeal by Davis Development Group, Inc. et al.)
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**95–2430.** State v. Johnston. *Franklin County,* No. 95APC06–695. *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed; cause consolidated with 95–2501, *supra.*

**95–2439.** State v. Loesser. *Cuyahoga County,* No. 66762. *Sua sponte,* cause consolidated with 95–2441, *supra.*

**95–2446.** In re Turner. *Stark County,* No. 1994CA00366. On motion to consolidate with 95–941 and 95–942, *In re Young Children,* Stark County, No. 94CA0198; 95–1213, *In re Bunting Children,* Stark County, No. 94CA–0264; and 95–1510 and 1688, *In re Brock Children,* Stark County, No. 94CA0227. *Sua sponte,* cause held for the decisions in the above cases; briefing schedule stayed.
RESNICK, J., would grant the motion to consolidate.
PFEIFER, J., dissents.